UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/18
```

MALIBU MEDIA, LLC,

                Plaintiff,

       v.

SEBASTIAN WINTERMUTE,

                Defendant.

No. 18-CV-1924 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff is directed to submit a letter to the Court no later than November 15, 2018, explaining whether it intends to seek default judgment against Defendant, who has not appeared in this action. Plaintiff is advised that any motion for default judgment must comply with this Court's Individual Rules and Practices in Civil Cases, Attachment A.

SO ORDERED.

Dated:    November 1, 2018
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge