UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Malibu Media, LLC,

                Plaintiff,

   -against-

Sebastian Wintermute,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2019

1:18-cv-01924 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of Defendant's motion to compel and accompanying exhibits (ECF Nos. 45-47) and Plaintiff's response thereto. (ECF No. 50.) IT IS HEREBY ORDERED, that, within seven days from the date of this Order, the parties shall meet and confer in a good faith attempt to resolve the disputes raised in the letters. The Court expects Plaintiff to provide relevant information to the *pro se* Defendant, and that Plaintiff shall not raise procedural hurdles and/or elevate form over substance.

    If, after the meet-and-confer there remain unresolved issues, the parties shall submit a joint letter to the Court, identifying the remaining issues requiring Court intervention and stating their respective positions on those issues. The joint letter shall be electronically-flied by Plaintiff on the docket in this matter, no later than fourteen days from the date of this Order.

    Additionally, Plaintiff's counsel is reminded that this case has been referred to me for General Pretrial, and all correspondence relating to discovery and other matters related to general pretrial management should be addressed to me, and not to Judge Abrams.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant, Sebastian Wintermute, at the address provided for him on the docket. In addition, Plaintiff is directed to email a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

DATED:   New York, New York
         May 10, 2019

_____
STEWART D. AARON
United States Magistrate Judge