UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
MALIBU MEDIA, LLC,                                           :
                                                             :
                                                             :   Case No. 1:18-cv-01924-RA
                    Plaintiff,                               :
v.                                                           :
                                                             :
SEBASTIAN WINTERMUTE,                                        :
                                                             :
                    Defendant.                               :
------------------------------------------------------------ X

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of:

| | |
|---|---|
| Name: | Sebastian Wintermute |
| Date: | Friday, May 17, 2019 |
| Time: | 1:30 p.m. |
| Place: | 1177 Avenue of the Americas |
| | New York, NY 10036 |

The deposition will be taken telephonically upon oral examination on May 17, 2019 at 1:30 PM before a Court Stenographer or any other Notary Public or officer authorized by law to take depositions in the State of New York. The deposition will be recorded by stenographic means, **and may also be recorded by video tape**. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

Dated: May 13, 2019                              Respectfully Submitted,


                                                 By: /s/ Kevin T. Conway, Esq.
                                                 Kevin T. Conway, Esq.
                                                 ktcmalibu@gmail.com
                                                 80 Red Schoolhouse Road, Suite 110
                                                 Spring Valley, NY 10977
                                                 T: (845) 352-0206
                                                 F: (845) 352-0481

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2019, I served the foregoing document on all counsel of record and interested parties via e-mail.

                                                      By:    /s/ *Kevin T. Conway*
                                                                Kevin T. Conway, Esq. (2133304)